UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA K. SANDERS,

      Plaintiff,

v.                                                                                          Civil Case No.: 22-cv-12532
                                                                               Honorable Gershwin A. Drain

ROBERT HALF INTERNATIONAL,
INC.,

      Defendant.
_____/

## **JUDGMENT**

The above-entitled action came before the Court and in accordance with the Opinion and Order entered on this date:

Judgment is hereby entered in favor of Defendant and against Plaintiff. This action is DISMISSED WITH PREJUDICE.

Date: January 19, 2024                         KINIKIA ESSIX
                                                          CLERK OF THE COURT

                                                          BY: Amanda Chubb for Lisa Bartlett
                                                                 CASE MANAGER

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Brenda K. Sanders, PO Box 1795, Barnwell, SC 29812 on
January 19, 2024, by electronic and/or ordinary mail.
<u>/s/ Amanda Chubb for Lisa Bartlett</u>
Case Manager